| Attorney or Party without Attorney:<br>Marc A. Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For:  Plaintiff | | Ref. No. or File No.:<br>4840-002A | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | | |
| Plaintiff: CERENCE OPERATING COMPANY<br>Defendant: SAMSUNG ELECTRONICS CO., LTD., et al. | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00482-JRG-RSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Appearance of Counsel (Andrew D. Weiss); Appearance of Counsel (Benjamin T. Wang); Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Appearance of Counsel (Qi Tong); Appearance of Counsel (Shani M. Williams); Notice of Assignment to United States Judges; Civil Cover Sheet

3. a. Party served:    SAMSUNG ELECTRONICS AMERICA, INC.
   b. Person served:   Party served in 3a.

4. Address where the party was served:   85 Challenger Rd, Ridgefield Park, NJ 07660

5. I served the party:
   a. **by substituted service.**   On: Tue, Oct 17 2023 at: 02:45 PM by leaving the copies with or in the presence of:
   Simone Silva-Arindell, Employee, Authorized to Accept served under F.R.C.P. Rule 4.

   (1) ☐ **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) ☒ **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ **(Declaration of Mailing)** is attached.
   (4) ☐ **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Marc A. Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | | Ref. No. or File No.:<br>4840-002A | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | | | |
| Plaintiff: CERENCE OPERATING COMPANY<br>Defendant: SAMSUNG ELECTRONICS CO., LTD., et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00482-JRG-RSP |

6. **Person Who Served Papers:**
   a. Luis Lopez
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $354.00
   e. I am: Not A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

   _10-19-23_    _[signature]_
   (Date)        (Signature)



PROOF OF SERVICE

#67315/

9753661
(5477618)
Page 2 of 2

| Attorney or Party without Attorney:<br>Marc A. Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4840-002A | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| Plaintiff: CERENCE OPERATING COMPANY<br>Defendant: SAMSUNG ELECTRONICS CO., LTD., et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00482-JRG-RSP |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Appearance of Counsel (Andrew D. Weiss); Appearance of Counsel (Benjamin T. Wang); Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Appearance of Counsel (Qi Tong); Appearance of Counsel (Shani M. Williams); Notice of Assignment to United States Judges; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, Oct 18, 2023
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: SAMSUNG ELECTRONICS AMERICA, INC.
      85 Challenger Rd, Ridgefield Park, NJ 07660

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Oct 18, 2023 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

10/18/2023
(Date)                     (Signature)

Judicial Council Form          PROOF OF SERVICE          9753661

Rule 2.150.(a)&(b) Rev January 1, 2007          **BY MAIL**                                              *(5477618)*