IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CERENCE OPERATING COMPANY | § § § § | |
| v. | § § § § § | CASE NO. 2:23-cv-00482-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD, ET AL., | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated (via Zoom video conference) by David Folsom on 22nd and 24th day, of September 2025, After additional follow up, the Parties settled on September 29, 2025.

Signed this 30th day of September 2025.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
6002-B Summerfield Drive
Texarkana, Texas 75503
Cell: 903 277-7303
Email: david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 30th day of September 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom