# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING CO., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | Case No. 2:23-cv-00482-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Cerence Operating Co. ("Cerence") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") (collectively, the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully provide as follows:

1. The Parties hereby notify the Court that all matters in controversy between the Parties have settled in principle, and request that the Court stay all unreached deadlines until November 20, 2025.

2. A stay in this matter would conserve the resources of the Parties and Court and ensure that the Parties can focus on finalizing and executing the long-form settlement agreement. In addition, the requested amount of time is requested because of several upcoming Korean national holidays, and because both Parties are practicing entities and the agreement has to address the patents asserted by both Parties against each other.

3. In furtherance of the agreement in principle, the Parties expect to file dismissal papers by November 20, 2025.

4. This motion is not being made for the purpose of delay, but rather is made in the interest of justice, to limit expenses, and preserve judicial resources.

**RELIEF REQUESTED**

The Parties respectfully request that the Court enter a stay of all deadlines until November 20, 2025 in the form of the proposed order submitted concurrently with this Motion.

Dated: October 2, 2025                                               Respectfully submitted,

/s/ Benjamin T. Wang
  Marc A. Fenster, SBN 181067
  Email: mfenster@raklaw.com
  Benjamin T. Wang, SBN 228712
  Email: bwang@raklaw.com
  Andrew D. Weiss, SBN 232974
  Email: aweiss@raklaw.com
  Qi (Peter) Tong, SBN 300347
  Email: ptong@raklaw.com
  Shani Williams, SBN 274509
  Email: swilliams@raklaw.com
  Jonathan Link, SBN 463141
  Email: jlink@raklaw.com
  James S. Tsuei, SBN 285530
  Email: jtsuei@raklaw.com
  Minna Y. Chan, SBN 305941
  Email: mchan@raklaw.com
  Daniel Kolko, SBN 341680
  Email: dkolko@raklaw.com
  **RUSS AUGUST & KABAT**
  12424 Wilshire Boulevard, 12th Floor
  Los Angeles, California 90025
  Telephone: (310) 826-7474
  Facsimile: (310) 826-6991

  *Attorneys for Plaintiff*
  *Cerence Operating Company*

/s/ Patrick C. Reidy
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Darin W. Snyder
dsnyder@omm.com
Luann L. Simmons
lsimmons@omm.com
Mark Liang (Pro Hac Vice)
mliang@omm.com
Bill Trac
btrac@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415 984-8700
Facsimile: 415-984-8701

Jin-Suk Park
jin.park@arnoldporter.com
Ali Sharifahmadian (Pro Hac Vice)
ali.sharifahmadian@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Patrick C. Reidy
patrick.reidy@arnoldporter.com
Raj Patel (Pro Hac Vice)
raj.patel@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
312-583-2424

Fax: 312-583-2360

Ryan M. Nishimoto (Pro Hac Vice)
ryan.nishimoto@arnoldporter.com
Daniel S. Shimell (Pro Hac Vice)
daniel.shimell@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Defendants*
*Samsung Electronics Company, Ltd., and*
*Samsung Electronics America, Inc*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, prior to filing this joint notice, counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint notice.

/s/ Benjamin T. Wang
Benjamin T. Wang

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through CM/ECF on October 2, 2025.

/s/ Benjamin T. Wang
Benjamin T. Wang