IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING CO., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | Case No. 2:23-CV-00482-JRG-RSP |

### ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement filed by Plaintiff Cerence Operating Co. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.. **Dkt. No. 222**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that all deadlines as to Plaintiff and Defendants are STAYED until November 4, 2025, during which time the appropriate dismissal papers are to be filed with the Court.

SIGNED this 5th day of October, 2025.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE