# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:23-cv-00482-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff Cerence Operating Company and Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised are dismissed WITH PREJUDICE. All defenses or counterclaims that Samsung raised are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: November 4, 2025

Respectfully submitted,

*/s/ Marc A. Fenster*
**RUSS AUGUST & KABAT**
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Benjamin T. Wang, SBN 228712
Email: bwang@raklaw.com
Paul A. Kroeger, SBN 229074
Email: pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
Email: aweiss@raklaw.com
Qi (Peter) Tong, SBN 300347
Email: ptong@raklaw.com
Shani M. Williams, SBN 274509
Email: swilliams@raklaw.com
James S. Tsuei, SBN 285530
Email: jtsuei@raklaw.com
Daniel Kolko, SBN 341680
Email: dkolko@raklaw.com
Mackenzie Paladino (Pro Hac Vice)
Email: mpaladino@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Cerence Operating Company*

*/s/ Patrick C. Reidy*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Darin W. Snyder
dsnyder@omm.com
Luann L. Simmons
lsimmons@omm.com
Mark Liang (Pro Hac Vice)
mliang@omm.com
Bill Trac

btrac@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415 984-8700
Facsimile: 415-984-8701

Hyun Min Han (Pro Hac Vice)
kelvinhan@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street, 17th Floor
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Jin-Suk Park (Pro Hac Vice)
jin.park@arnoldporter.com
Ali Sharifahmadian (Pro Hac Vice)
ali.sharifahmadian@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Patrick C. Reidy (Pro Hac Vice)
patrick.reidy@arnoldporter.com
Raj Patel (Pro Hac Vice)
raj.patel@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
312-583-2424
Fax: 312-583-2360

Ryan M. Nishimoto (Pro Hac Vice)
ryan.nishimoto@arnoldporter.com
Daniel S. Shimell (Pro Hac Vice)
daniel.shimell@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Samsung Electronics Co., Ltd. and*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Notice.

*/s/ Marc A. Fenster*
Marc A. Fenster

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Marc A. Fenster*
Marc A. Fenster
