IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:23-cv-00482-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL**

Plaintiff Cerence Operating Company and Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., have stipulated to the dismissal of this action.

IT IS THEREFORE ORDERED that all claims of infringement that Plaintiff raised are dismissed WITH PREJUDICE. All defenses or counterclaims that Samsung raised are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.